### SUPREME COURT.

#### Mann and Savage agt. Brooks.

*In reference to the confession of judgments under § 383 of the Code.*

This case, which was reported in the last (7th) volume of this work at *page* 449, involved an important question in regard to judgments by confession, upon which there had been some conflicting opinions. The decision in that case was unanimously affirmed at the last May general term of the 3d district, held in Albany by Justices Watson, Parker and Wright.